**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA SOTO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON COSTA MESA EMPLOYERS, LLC, a Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 8:18-cv-02012 JLS (JDEx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The Joint Stipulation for Dismissal with Prejudice submitted by Plaintiff, MARIA SOTO and Defendant, REMINGTON COSTA MESA EMPLOYERS, LLC is approved. IT IS ORDERED THAT: the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(ii); and the Parties are to bear their own costs and attorneys' fees.

Dated: 07/28/2020

JOSEPHINE L. STATON
United States District Judge

4825-4362-3777